# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
          §
          §
JANETTE L ZIELINSKI  §   Case No. 13-08192
          §
          §
     Debtor  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 179,184.00                Assets Exempt: 8,550.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,505.16    Claims Discharged
                                              Without Payment: 304,787.35

Total Expenses of Administration: 1,494.84

---

   3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 222,919.00 | $ 243,556.08 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,494.84 | 1,494.84 | 1,494.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,653.83 | 29,719.68 | 29,719.68 | 4,505.16 |
| **TOTAL DISBURSEMENTS** | $ 279,572.83 | $ 274,770.60 | $ 31,214.52 | $ 6,000.00 |

4) This case was originally filed under chapter on 03/01/2013, and it was converted to chapter 7 on 05/07/2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2016          By: /s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 06 Dodge Ram | 1129-000 | 500.00 |
| 1993 Harley Davidson FXSTC | 1129-000 | 500.00 |
| 2006 Mack CH 623 | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27420 |  | 6,595.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Na 870 Westminster Street Providence, RI 02903 | | 29,022.00 | NA | NA | 0.00 |
| | GMAC Mortgage P.O. Box 9001719 Louisville, KY 40290-1719 | | 187,302.00 | NA | NA | 0.00 |
| 3 | BANK OF AMERICA, N.A. | 4110-000 | NA | 6,659.89 | 0.00 | 0.00 |
| 1 | CHARTER ONE | 4110-000 | NA | 29,022.31 | 0.00 | 0.00 |
| 6 | DEUTSCHE BK TRUST CO., AMERICAS, | 4110-000 | NA | 207,873.88 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 222,919.00** | **$ 243,556.08** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| Peter N. Metrou | 2200-000 | NA | 81.54 | 81.54 | 81.54 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 3.30 | 3.30 | 3.30 |
| Associated Bank | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,494.84** | **$ 1,494.84** | **$ 1,494.84** |

Case 13-08192    Doc 77    Filed 01/06/17    Entered 01/06/17 14:24:40    Desc Main
Document      Page 5 of 13

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Account Recovery Servi 3031 N 114th St Milwaukee, WI 53222 | | 415.00 | NA | NA | 0.00 |
| | ACL P.O. box 27901 Milwaukee, WI 53227 | | 115.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group 21014 Network Place Chicago, IL 60673 | | 214.00 | NA | NA | 0.00 |
| | Advocate Good Samaritan Hosp 3815 Highland Avenue Downers Grove, IL 60515 | | 9,435.00 | NA | NA | 0.00 |
| | Citizens Bank 480 Jefferson Blvd Rje 135 Warwick, RI 02886 | | 2,528.00 | NA | NA | 0.00 |
| | Citizens Bank 480 Jefferson Blvd Rje 135 Warwick, RI 02886 | | 2,470.00 | NA | NA | 0.00 |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | 241.00 | NA | NA | 0.00 |
| | Epic Group SC P.O. Box 66973 Chicago, IL 60666 | | 155.75 | NA | NA | 0.00 |
| | Fia Csna Attn: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 2,935.00 | NA | NA | 0.00 |
| | Fia Csna Attn: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 12,102.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Grundy Radiologists P.O. Box 5997 Dept 7014 Carol Stream, IL 60197-5997 |  | 34.00 | NA | NA | 0.00 |
|  | Healthcare Centers of Morris 25259 S. Reed Street Channahon, IL 60410-6003 |  | 84.00 | NA | NA | 0.00 |
|  | Healthcare Centers of Morris 25259 S. Reed Street Channahon, IL 60410-6003 |  | 60.00 | NA | NA | 0.00 |
|  | Healthcare Centers of Morris 25259 S. Reed Street Channahon, IL 60410-6003 |  | 563.75 | NA | NA | 0.00 |
|  | Healthcare Centers of Morris 25259 S. Reed Street Channahon, IL 60410-6003 |  | 60.91 | NA | NA | 0.00 |
|  | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 |  | 683.00 | NA | NA | 0.00 |
|  | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477 |  | 419.00 | NA | NA | 0.00 |
|  | Ingalls Memorial Hospital P.O. Box 5435 Carol Stream, IL 60197-1391 |  | 280.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | 328.00 | NA | NA | 0.00 |
| | Midwest Diagnostic Pathology SC 75 Remittance Drive #3070 Chicago, IL 60675-3070 | | 48.00 | NA | NA | 0.00 |
| | Midwest Diagnostic Pathology SC 75 Remittance Drive #3070 Chicago, IL 60675-3070 | | 172.00 | NA | NA | 0.00 |
| | Midwest Women OB Gyn Ltd 3825 Highland Avenue 2F Downers Grove, IL 60515 | | 500.00 | NA | NA | 0.00 |
| | Midwest Women OB Gyn Ltd 3825 Highland Avenue 2F Downers Grove, IL 60515 | | 6,087.00 | NA | NA | 0.00 |
| | Morris Hospital 150 West High Street Morris, IL 60450-1497 | | 4,878.02 | NA | NA | 0.00 |
| | Morris Hospital 150 West High Street Morris, IL 60450-1497 | | 149.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pediatrix-Obstetrix P.O. box 100445 Atlanta, GA 30384-0445 | | 230.00 | NA | NA | 0.00 |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | 8,699.00 | NA | NA | 0.00 |
| | Sheffield Financial Co P O Box 1704 Clemmons, NC 27012 | | 2,767.00 | NA | NA | 0.00 |
| 7 | CAPITAL ONE, N.A. | 7100-000 | NA | 417.46 | 417.46 | 63.28 |
| 4 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 11,999.92 | 11,999.92 | 1,819.05 |
| 8 | PORTFOLIO RECOVERY ASSOC., LLC | 7100-000 | NA | 2,968.79 | 2,968.79 | 450.04 |
| 2 | RBS CITIZENS | 7100-000 | NA | 10,572.54 | 10,572.54 | 1,602.67 |
| 5 | SHEFFIELD FINANCIAL | 7100-000 | NA | 3,760.97 | 3,760.97 | 570.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 56,653.83 | $ 29,719.68 | $ 29,719.68 | $ 4,505.16 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-08192 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JANETTE L ZIELINSKI | | | | Date Filed (f) or Converted (c): | 05/07/2015 (c) |
| | | | | | 341(a) Meeting Date: | 06/09/2015 |
| For Period Ending: | 12/07/2016 | | | | Claims Bar Date: | 12/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 925 Briarcliff Drive, Minooka IL 60447 | 176,984.00 | 0.00 | | 0.00 | FA |
| 2. Charter One Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. refrigerator, stove, wasehr, dryer, computer, 4 tv | 1,750.00 | 0.00 | | 0.00 | FA |
| 4. necessary clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. jewelry | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. owner of JZ Transport Inc | 0.00 | 0.00 | | 0.00 | FA |
| 7. 06 Dodge Ram | 8,000.00 | 1,405.00 | | 500.00 | FA |
| 8. 2006 Scion | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 9. 1993 Harley Davidson FXSTC | 1,500.00 | 0.00 | | 500.00 | FA |
| 10. 2006 Mack CH 623 | 20,000.00 | 20,000.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $214,734.00    $24,405.00    $6,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromise with Debtor re value of vehicles. Claims bar date 12-4-15. Claims review in process.

Initial Projected Date of Final Report (TFR): 10/01/2016    Current Projected Date of Final Report (TFR): 10/01/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-08192 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JANETTE L ZIELINSKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5488 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4868 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/12/15 | | ZIELINSKI, JANETTE<br>Debtor's Address | Vehicles sold | | $6,000.00 | | $6,000.00 |
| | | | Gross Receipts $6,000.00 | | | | |
| | 7 | | 06 Dodge Ram $500.00 | 1129-000 | | | |
| | 10 | | 2006 Mack CH 623 $5,000.00 | 1129-000 | | | |
| | 9 | | 1993 Harley Davidson FXSTC $500.00 | 1129-000 | | | |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,990.00 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,980.00 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,970.00 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,960.00 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $3.30 | $5,956.70 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,946.70 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,936.70 |
| 11/08/16 | 5002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $1,431.54 | $4,505.16 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($1,350.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($81.54) | 2200-000 | | | |

Page Subtotals: $6,000.00 $1,494.84

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-08192 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JANETTE L ZIELINSKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5488 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4868 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/08/16 | 5003 | RBS CITIZENS<br>443 Jefferson Blvd<br>RJW 135<br>Warwick, RI 02886 | Final distribution to claim 2 representing a payment of 15.16 % per court order. | 7100-000 | | $1,602.67 | $2,902.49 |
| 11/08/16 | 5004 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>New York, NY 10087-9262 | Final distribution to claim 4 representing a payment of 15.16 % per court order. | 7100-000 | | $1,819.05 | $1,083.44 |
| 11/08/16 | 5005 | SHEFFIELD FINANCIAL<br>BB&T IS SERVICING THIS ACCOUNT<br>BANKRUPTCY SECTION/100-50-01-51<br>PO BOX 1847<br>WILSON, NC 27894 | Final distribution to claim 5 representing a payment of 15.16 % per court order. | 7100-000 | | $570.12 | $513.32 |
| 11/08/16 | 5006 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 7 representing a payment of 15.16 % per court order. | 7100-000 | | $63.28 | $450.04 |
| 11/08/16 | 5007 | PORTFOLIO RECOVERY ASSOC., LLC<br>TO FIA CARD SERVICES, N.A.(BK OF AMERICA) BY PRA RECEIVABLES MGMT LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 | Final distribution to claim 8 representing a payment of 15.16 % per court order. | 7100-000 | | $450.04 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $6,000.00 | $6,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,000.00 | $6,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $6,000.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Page Subtotals: $0.00   $4,505.16

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5488 - Checking Account (Non-Interest Earn | $6,000.00 | $6,000.00 | $0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,000.00 |
| Total Gross Receipts: | $6,000.00 |

Page Subtotals:                    $0.00        $0.00